[No. 28760-2-III.   Division Three.   April 11, 2013.]

*In the Matter of the Marriage of* LILIA VALENTYNIVNA KOZNIUK, *Respondent*, and GEORGE MEDISON SLAUGHTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-3-00217-8, Craig J. Matheson, J., entered December 17, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30319-5-III.   Division Three.   April 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KENT R. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-01894-7, Ellen K. Clark, J., entered October 13, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30338-1-III.   Division Three.   April 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ANGEL DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00186-9, Carrie L. Runge, J., entered October 19, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30558-9-III.   Division Three.   April 11, 2013.]

WILLIAM L. SCHORER ET AL., *Respondents*, v. BENTON COUNTY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-2-00243-3, Cameron Mitchell, J., entered July 12, 2011. *Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.